

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2021

No. 04-20-00532-CV

**IN THE INTEREST OF W.J.M., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15709
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **May 13, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court